**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TAMMIE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CV-109-JED-FHM |
| ) | |
| 1. ST. JOHN MEDICAL CENTER, INC., and ) | |
| 2. ST. JOHN HEALTH SYSTEM, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT APPLICATION TO MOVE DEADLINES FOR JURY INSTRUCTIONS
AND TRIAL BRIEFS**

**COME NOW** the parties and respectfully request this Court move the deadline for filing Jury Instructions and Trial Briefs in light of the Court's striking of the trial date. The parties request the Court postpone these deadlines until two (2) weeks after the Court enters an order setting the new trial docket. In support of this application, the parties show this Court as follows:

1. October 15, 2013 is the current deadline for filing trial briefs and jury instructions.

2. On September 26, 2013 this Court entered an order striking the pre-trial conference scheduled for October 2, 2013 and also striking the jury trial scheduled to begin October 21, 2013. Doc. 148. Such deadlines are to be reset pending the Motion for Summary Judgment. *Id*.

3. October 15, 2013 is the deadline to file trial briefs and jury instructions.[1]

4. Because the outcome of the summary judgment motion will impact the matters to be addressed through the trial briefs and jury instructions, the parties jointly

---

[1] October 15, 2013 is also the deadline for submitting proposed voir dire. However, this would not be affected by the summary judgement and the parties believe there is no need to enlarge this deadline.

request an extension of these deadlines until the Court rules on the motion for summary judgment.

5. The parties request that the Court move the deadlines for filing trial briefs and jury instructions to two weeks after the new trial docket is entered.

**WHEREFORE**, the parties jointly and respectfully request this Court move the deadline for filing trial briefs and jury instructions to two weeks after the date this Court enters an order for the new trial docket.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF OCTOBER, 2013.**

s/ Amber L. Hurst
(*Signed by filing counsel with*
*Ms. Hurst's permission*)
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Jury Trial Demanded
Attorney Lien Claimed
*Counsel for Plaintiff*

AND

s/Audra K. Hamilton
R. Charles Wilkin, III, OBA No. 18491
Audra K. Hamilton, OBA No. 17872
Wilkin, McMurray PLLC
1515 South Utica Avenue, Suite 200
Tulsa, Oklahoma 74103
Telephone: (918) 582-7100
Facsimile: (918) 582-7166
Email: ahamilton@wilkinmcmurray.com
          cwilkin@wilkinmcmurray.com
*Counsel for Defendant*